Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Liberty Surplus Insurance Corporation )
                                             Plaintiff(s),

v.

Perma-Pipe, Inc
                                             Defendant(s).

Case No: C-13-0908-MEJ

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Craig Penrose, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Perma-Pipe, Inc. in the above-entitled action. My local co-counsel in this case is Kenneth G. Jones, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Laurie & Brennan, LLP | Bowles & Verna, LLP |
| 2 North Riverside, Suite 1750, Chicago IL 60606 | 2121 N.Calif.Blvd. Suite 875 Walnut Ck, 94596 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 234-0305 | (925) 935-3300 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cpenrose@lauriebrennan.com | kjones@bowlesverna.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 624643.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/03/13

                                      Craig Penrose
                                      APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Craig Penrose is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 9, 2013

                            UNITED STATES MAGISTRATE JUDGE
                            Judge Maria-Elena James

PRO HAC VICE APPLICATION & ORDER                                         *October 2012*

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

| 2013 | | 2013 |
|---|---|---|
| REGISTRATION NO. | STATUS | ADMITTED |
| 6243643 | Active | 11/24/1998 |

Craig Gordon Penrose

Web Access ID: 1208

INACTIVE ATTORNEYS ARE NOT ENTITLED TO PRACTICE LAW

*[signature: Craig S Penrose]*

ATTORNEY SIGNATURE