| | |
|---|---|
| SUSAN J. FIELD (State Bar No. 086200)<br>MUSICK, PEELER & GARRETT LLP<br>One Wilshire Boulevard, Suite 2000<br>Los Angeles, California 90017-3383<br>telephone: 213-629-7600<br>Facsimile: 213-624-1376<br><br>CHAD A. WESTFALL (State Bar No. 208968)<br>601 California Street, Suite 1250<br>San Francisco, California 94108-2817<br>Telephone: 415-281-2000<br>Facsimile: 415-281-2010<br>E-Mail: s.field@mpglaw.com<br>c.westfall@mpglaw.com<br>Attorneys for Plaintiff LIBERTY<br>SURPLUS INSURANCE CORPORATION | CRAIG G. PENROSE (PRO HAV VICE)<br>LAURIE & BRENNAN, LLC<br>2 NORTH RIVERSIDE PLAZA, SUITE 1750<br>CHICAGO, ILL 60606<br>TELEPHONE: (312) 234-0305<br>FACSIMILE: (312) 281-9010<br>EMAIL: CPENROSE@LAURIEBRENNAN.COM<br><br>KENNETH G. JONES (# 196868)<br>DEBORAH P. FURTH (# 271678)<br>BOWLES & VERNA LLP<br>2121 N. CALIFORNIA BLVD., SUITE 875<br>WALNUT CREEK, CALIFORNIA 94596<br>TELEPHONE: (925) 935-3300<br>FACSIMILE: (925) 935-0371<br>EMAIL: KJONES@BOWLESVERNA.COM<br>DFURTH@BOWLESVERNA.COM<br>Counsel for PERMA-PIPE, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PERMA-PIPE, INC.<br><br>Defendant. | CASE No. C 13-00908-MEJ<br><br>**ORDER APPROVING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Upon review of the *Stipulation And [Proposed] Order To Continue Initial Case Management Conference And Adr Deadlines* [Dkt. No.   ], by and among Liberty Surplus Insurance Corporation ("Liberty") and Perma-Pipe, Inc. ("Perma-Pipe") and finding good cause for the relief requested therein,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.
2. The deadlines identified in the Court's *Order Setting Initial Case Management Conference And ADR Deadlines* [Dkt. No. 2] are hereby extended by 21 days.

846737.1

ORDER

3.   The May 30, 2013 Initial Case Management Conference is vacated.

4.   The Initial Case Management Conference is continued to June 27, 2013 at 10:00 a.m. (June 20, 2013 or on the Court's first available date thereafter).

DATED:  May 10, 2013



_____
UNITED STATES DISTRICT COURT JUDGE