SUSAN J. FIELD (State Bar No. 086200)
MUSICK, PEELER & GARRETT LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383
telephone: 213-629-7600
Facsimile: 213-624-1376

CHAD A. WESTFALL (State Bar No. 208968)
601 California Street, Suite 1250
San Francisco, California 94108-2817
Telephone: 415-281-2000
Facsimile: 415-281-2010
E-Mail: s.field@mpglaw.com
c.westfall@mpglaw.com
Attorneys for Plaintiff LIBERTY
SURPLUS INSURANCE CORPORATION

CRAIG G. PENROSE (PRO HAV VICE)
LAURIE & BRENNAN, LLC
2 NORTH RIVERSIDE PLAZA, SUITE1750
CHICAGO, ILL 60606
TELEPHONE: (312) 234-0305
FACSIMILE: (312) 281-9010
EMAIL: CPENROSE@LAURIEBRENNAN.COM

KENNETH G. JONES (# 196868)
DEBORAH P. FURTH (# 271678)
BOWLES & VERNA LLP
2121 N. CALIFORNIA BLVD., SUITE 875
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: (925) 935-3300
FACSIMILE: (925) 935-0371
EMAIL: KJONES@BOWLESVERNA.COM
DFURTH@BOWLESVERNA.COM
Counsel for PERMA-PIPE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>PERMA-PIPE, INC.<br><br>Defendant. | 908<br>CASE No. C 13-00980-MEJ<br><br>**ORDER APPROVING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

Upon review of the *Stipulation And [Proposed] Order To Continue Initial Case Management Conference And Adr Deadlines* [Dkt. No.   ], by and among Liberty Surplus Insurance Corporation ("Liberty") and Perma-Pipe, Inc. ("Perma-Pipe") and finding good cause for the relief requested therein,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The deadlines identified in the Court's *Order Setting Initial Case Management Conference And ADR Deadlines* [Dkt. No. 2] are hereby extended by 21 days.

846737.1

ORDER

1  3. The May 30, 2013 Initial Case Management Conference is vacated.

2  4. The Initial Case Management Conference is continued to __June 27, 2013__

3  __at 10:00 a.m.__ (June 20, 2013 or on the Court's first available date thereafter).

DATED: May 10, 2013



_____
UNITED STATES DISTRICT COURT JUDGE