1  SUSAN J. FIELD (SBN 086200)
   MUSICK, PEELER & GARRETT LLP
2  One Wilshire Boulevard, Suite 2000
   Los Angeles, California 90017-3383
3  telephone: 213-629-7600
   Facsimile: 213-624-1376
4
   CHAD A. WESTFALL (SBN 208968)
5  601 California Street, Suite 1250
   San Francisco, California 94108-2817
6  Telephone: 415-281-2000
   Facsimile: 415-281-2010
7  E-Mail: s.field@mpglaw.com
           c.westfall@mpglaw.com
8  Attorneys for Plaintiff LIBERTY
   SURPLUS INSURANCE
9  CORPORATION

   CRAIG G. PENROSE (PRO HAV VICE)
   LAURIE & BRENNAN, LLC
   2 NORTH RIVERSIDE PLAZA, SUITE1750
   CHICAGO, ILL 60606
   TELEPHONE: (312) 234-0305
   FACSIMILE: (312) 281-9010
   EMAIL:
   CPENROSE@LAURIEBRENNAN.COM

   KENNETH G. JONES (# 196868)
   DEBORAH P. FURTH (# 271678)
   BOWLES & VERNA LLP
   2121 N. CALIFORNIA BLVD., SUITE 875
   WALNUT CREEK, CALIFORNIA 94596
   TELEPHONE: (925) 935-3300
   FACSIMILE: (925) 935-0371
   EMAIL: KJONES@BOWLESVERNA.COM
   DFURTH@BOWLESVERNA.COM
10 Counsel for PERMA-PIPE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PERMA-PIPE, INC.<br><br>　　　　Defendant. | CASE No. C 13-00908-MEJ<br><br>**ORDER APPROVING STIPULATION TO ENLARGE TIME FOR FILING OF BRIEFS** |

Upon review of the *Stipulation And [Proposed] Order To Enlarge Time For Filing Of Briefs* [Dkt. No.    ], by and among Liberty Surplus Insurance Corporation ("Liberty") and Perma-Pipe, Inc. ("Perma-Pipe") and finding good cause for the relief requested therein,

IT IS HEREBY ORDERED THAT:

　　1.　　The Stipulation is APPROVED.

　　2.　　Liberty's Opposition to Perma-Pipe's *Motion To Dismiss, Stay, Or In The Alternative Motion To Transfer Venue* [Dkt.No. 12] shall be filed and served no

847125.1

1 | later than June 6, 2013

2 |     3.    Perma-Pipe's Reply shall be filed and served no later than June 21, 2013.

4 |     4.    The hearing date for *Motion To Dismiss, Stay, Or In The Alternative Motion To Transfer Venue* [Dkt.No. 12] remains July 11, 2013.

DATED: 5/14/2013



UNITED STATES DISTRICT COURT JUDGE
Judge Maria-Elena James