SUSAN J. FIELD (SBN 086200)
MUSICK, PEELER & GARRETT LLP
One Wilshire Boulevard, Suite 2000
Los Angeles, California 90017-3383
telephone: 213-629-7600
Facsimile: 213-624-1376

CHAD A. WESTFALL (SBN 208968)
601 California Street, Suite 1250
San Francisco, California 94108-2817
Telephone: 415-281-2000
Facsimile: 415-281-2010
E-Mail: s.field@mpglaw.com
c.westfall@mpglaw.com
Attorneys for Plaintiff LIBERTY SURPLUS INSURANCE CORPORATION

CRAIG G. PENROSE (PRO HAV VICE)
LAURIE & BRENNAN, LLC
2 NORTH RIVERSIDE PLAZA, SUITE 1750
CHICAGO, ILL 60606
TELEPHONE: (312) 234-0305
FACSIMILE: (312) 281-9010
EMAIL: CPENROSE@LAURIEBRENNAN.COM

KENNETH G. JONES (# 196868)
DEBORAH P. FURTH (# 271678)
BOWLES & VERNA LLP
2121 N. CALIFORNIA BLVD., SUITE 875
WALNUT CREEK, CALIFORNIA 94596
TELEPHONE: (925) 935-3300
FACSIMILE: (925) 935-0371
EMAIL: KJONES@BOWLESVERNA.COM
DFURTH@BOWLESVERNA.COM
Counsel for PERMA-PIPE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>PERMA-PIPE, INC.<br><br>    Defendant. | CASE No. C 13-00908-MEJ<br><br>**ORDER APPROVING STIPULATION TO ENLARGE TIME FOR FILING OF BRIEFS** |

Upon review of the *Stipulation And [Proposed] Order To Enlarge Time For Filing Of Briefs* [Dkt. No.     ], by and among Liberty Surplus Insurance Corporation ("Liberty") and Perma-Pipe, Inc. ("Perma-Pipe") and finding good cause for the relief requested therein,

IT IS HEREBY ORDERED THAT:

    1.    The Stipulation is APPROVED.

    2.    Liberty's Opposition to Perma-Pipe's *Motion To Dismiss, Stay, Or In The Alternative Motion To Transfer Venue* [Dkt.No. 12] shall be filed and served no

847125.1

ORDER

later than June 6, 2013

3. Perma-Pipe's Reply shall be filed and served no later than June 21, 2013.

4. The hearing date for *Motion To Dismiss, Stay, Or In The Alternative Motion To Transfer Venue* [Dkt.No. 12] remains July 11, 2013.

DATED: 5/14/2013



_____
UNITED STATES DISTRICT COURT JUDGE
Judge Maria-Elena James